CATHARINE LOCKWOOD, as Administratrix, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 4, 1884; decided March 21, 1884.)

*Lewis E. Carr* for appellant.

*Allison & O'Neill* for respondent.

Agree to affirm order, and for judgment absolute against appellant; no opinion.

All concur.

Judgment accordingly.